AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

LINCOLN DODGE, INC., et al

V.

DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,
W. MICHAEL SULLIVAN in his capacity as Director

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 70 T

TO: (Name and address of defendant)

W. Michael Sullivan
Director
State of Rhode Island
Department of Environmental Management
235 Promenade Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia K. Rocha, Esq.
Adler, Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/14/06

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 2/15/06 |
|---|---|
| NAME OF SERVER *(PRINT)* KENNETH K NARISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: Richard B. Woolley Asst AG. 2/15/06

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45 | TOTAL 45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/16/06
*Date*

[signature]
*Signature of Server*

1845 ATWOOD AVE
JOHNSTON RI 02919
*Address of Server*

FILED
2006 FEB 15 P 2:51
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.