UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| | : | |
| v. | : | C.A. No. 06-70T |
| | : | |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs file the within Memorandum in Response to Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint (the "Motion").

As set forth in the Motion, the State requested a 30-day enlargement of time to answer or otherwise respond to Plaintiffs' Complaint. An early trial in this action is necessary because the state regulation that is the subject of Plaintiffs' Complaint is causing substantial harm to the new motor vehicle dealer Plaintiffs, namely, Lincoln Dodge, Inc., Smithfield Chrysler Jeep, Inc., Simon Chevrolet-Buick, Ltd., Paul Masse Chevrolet, Inc., Paul Masse Pontiac-Cadillac-GMC, Inc., Deluxe Auto Sales, Inc., Tasca Automotive Group, Inc., The New Bay Buick, Inc., Hurd Chevrolet, Inc., and Hurd Buick Pontiac-GMC Truck, Inc., as well as the vehicle manufacturers, namely, DaimlerChrysler Corporation and General Motors Corporation, Defendant is fully familiar with the issues in this case, having conducted the rulemaking that produced the regulation involved in this action.

Nevertheless, as a courtesy, the Plaintiffs agreed to the Defendant's request for a 30-day enlargement of time. As soon as the Defendant files its response to Plaintiffs' Complaint, Plaintiffs look forward to the entry of a scheduling Order that will address any discovery needs

of the parties, as well as set a timetable for prompt resolution of the instant action which seeks declaratory and injunctive relief.

Plaintiffs file this response to the Motion in order to address the claim in paragraph 7 of the Motion that "[t]hese cases [in Rhode Island] are related to other similar cases pending in state and federal courts in California, Maine, New York and Oregon, including *Central Valley Chrysler-Jeep, et al. v. Catherine Witherspoon,* No. CIV-F-04-6663 REC LJO (Eastern District, California)." To the extent the claims in paragraph 7 are relevant to any issue here, they should to be corrected in the following respects.

1. The actions pending in Oregon and New York are challenges under the respective states' laws and do not include any issue of federal law. The litigation in Maine to which Defendant refers has been voluntarily dismissed, and also involved no claims under federal law.

2. Actions are pending in other federal courts that also involve other States' regulation of motor vehicle carbon dioxide – the case in California noted in the Motion, and cases in the U.. S. District Court of the District of Vermont filed Nov. 18, 2005. None of the Rhode Island dealers who are among the Plaintiffs in the instant action is a party in any other action. The regulation that is the subject of Plaintiffs' challenge was adopted by a Rhode Island administrative agency, will have a direct adverse impact on all Plaintiffs, including in particular the Rhode Island dealers who are Plaintiffs, and is subject to federal jurisdiction only in this Court. The litigation here is therefore neither related to nor duplicative of any other litigation.

For the foregoing reasons, although Plaintiffs have no objection to the Motion's request for an enlargement of time up to and including April 7, 2006 within which the Defendant may answer or otherwise respond to Plaintiffs' Complaint (and have so notified Defendant's counsel),

Plaintiffs do object to the characterization of the cases referenced in paragraph 7 of the Motion. Plaintiffs further want to make clear that they seek a just, speedy and inexpensive determination of the instant action consistent with Rule 1 of the Federal Rules of Civil Procedure.

Dated: March 3, 2006

Patricia K. Rocha (# 2793)
John A. Tarantino (#2586)
Katy A. Hynes (# 6659)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Of Counsel:

Stuart A. C. Drake
Andrew B. Clubok
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2006, I caused to be served via first class mail, postage prepaid, a true copy of the within document on:

Tricia Jedele
Special Assistant Attorney General,
Environmental Advocate
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

*373816_1.doc*