UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

FEB 22 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Alliance of Automobile Manufacturers, et al.

Plaintiff(s)

v.

Dkt. No. 06-70

W. MICHAEL SULLIVAN, et al.

Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation hereby moves that Andrew B. Clubok be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Alliance of Automobile Manufacturers, DaimlerChrysler Corporation and General Motors Corporation
(Plaintiff/Defendant)

By: PATRICIA K. ROCHA
Bar ID No.: 2793
Adler Pollock & Sheehan P.C.
Address: One Citizens Plaza, 8th Floor
Providence, RI 02903

DATED: February 22, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of see attached list and of the following Federal District Court and/or Court of Appeals Bar(s) see attached list, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Andrew B. Clubok — 446935 (DC)

Print Name — State Bar ID #

Kirkland & Ellis LLP

Firm Name

655 Fifteenth Street, N.W.

Business Address

Washington, DC 20005-5793

202-879-5173 — 202-879-5200

Tel. # — Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Patricia K. Rocha

Print Name — R.I. Bar ID # 2793

Adler Pollock & Sheehan P.C.

Firm and Business Address

One Citizens Plaza, 8th Floor

Providence, RI 02903

Tel. # 274-7200 Fax # 351-4607

---

**ORDER**

This motion is hereby Granted

Ernest C. Torres / DB

District Judge

Date: 3/17/06

## BAR ADMISSION INFORMATION FOR ANDREW CLUBOK

| [illegible] | COURT | [illegible] | DATE ADMITTED |
|---|---|---|---|
| State Court | State of Ohio | 0064273 | December 2, 1994 |
| Federal Court | U.S. Court of Federal Claims | — | August 2, 1996 |
| State Court | District of Columbia | 446935 | January 6, 1997 |
| Federal Court | U.S. Court of Appeals for the Federal Circuit | — | November 3, 1997 |
| Federal Court | U.S. District Court for the Eastern District of Michigan | 45465 | August 16, 2000 |
| Federal Court | U.S. Court of Appeals for the Sixth Circuit | — | November 6, 2000 |
| Federal Court | U.S. District Court for the District of Columbia | 446935 | March 5, 2001 |
| Federal Court | U.S. Court of Appeals for the Ninth Circuit | — | April 30, 2001 |
| Federal Court | U.S. District Court for the Western District of Michigan | 45465 | July 1, 2003 |
| Federal Court | U.S. Supreme Court | — | October 20, 2003 |
| Federal Court | U.S. Court of Appeals for the Second Circuit | — | August 25, 2004 |
| Federal Court | U.S. Court of Appeals for the Seventh Circuit | — | December 7, 2004 |
| Federal Court | U.S. Court of Appeals for the District of Columbia Circuit | | January 31, 2005 |
| Federal Court | U.S. Tax Court | CA0484 | June 8, 2005 |

### Pro Hac Vice Admissions

| COURT | DATE ADMITTED |
|---|---|
| U.S. District Court of Vermont<br>(*Green Mountain Chrysler-Plymouth-Dodge et al v. Torti et al, Case No. 2:05-cv-302*) | January 13, 2006 |
| U.S. District Court, Southern District of New York<br>(*In re Calpine Corporation, et al., Bankr. Case No. 05-60200 (BRL)* and *Southern California Edison Company v. Calpine Corporation, et al., Case No. 05-cv-10842 (RCC)*) | January 12, 2006 |
| U.S. District Court, Southern District of New York<br>(*State of NY, et al. v. Samuel W. Bodman, Case No. 05 CV 7807 (JES)*) | December 7, 2005 |
| Superior Court of California, County of Fresno<br>(*Fresno Dodge, Inc., et al. v. CARB, Case No. 04CECG03498*) | February 28, 2005 |
| U.S. District Court, Southern District of New York<br>(*Joseph P. LaSala, as assignee of Fatbrain.com, Inc., Ticketmaster, CBS Marketwatch, Inc., and Perot Systems Corp., v. Morgan Stanley and J.P. Morgan Securities, Inc., Case Nos. 04 CV 09237 (SAS), 04 CV 9529, 05 CV 0382, and 05 CV 760*) | February 4, 2005 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*In re Estate of Victor Posner; Case No.3D 03-297 (Consolidated: 3D03-2973)*) | August 31, 2004 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*In re Estate of Victor Posner; Case No. 02-1027 CP 04 and Adversary Proceeding Nos. 02-1027*) | March 19, 2004 |
| U.S. Bankruptcy Court, Southern District of New York<br>(*In re Allegiance Telecom, Inc., et al., Debtors; Chapter 11 Case No. 03-13057 (RDD)*) | January 15, 2004 |
| Court of Appeals, State of Michigan<br>(*Verizon North, Inc. v. MPSC; Docket No. 241340, LC No. 00-013125*) | January 6, 2004 |
| U.S. District Court, Northern District of Illinois<br>(*US Securities & Exchange Commission v. Frank J. Custable, Jr., et al.; Case No. 03 C 2182*) | December 30, 2003 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*In re: Irrevocable Trust Agreement for Victor Posner (Trust 20); Case No. 02-3701 CP 04*) | February 20, 2003 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*In re: Irrevocable Trust Agreement for Victor Posner (Trust 6); Case No. 02-3301 CP 04*) | January 28, 2003 |
| U.S. District Court, Eastern District of California<br>(*DaimlerChrysler Corp. & General Motors Corp. v. CARB; Case No. 02 CE CG 04456 HAC*) | December 17, 2002 |
| U.S. District Court, Northern District of California<br>(*Paul J. Brenner v. Roger A. Stauch; Case No. C-02-2463 PJH*) | September 30, 2002 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*National Real Estate Development, Inc. v. Victor Posner Trust #20, et al.; Case No. 02-9894 CA-5*) | July 25, 2002 |
| Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>(*In re Estate of Victor Posner; Adversary Proceeding No. 02-1027 CP 04*) | May 21, 2002 |
| U.S. District Court, Southern District of New York<br>(*In re: Initial Public Offering Securities Litigation; Case No. 21 MC 92 (SAS)*) | April 1, 2002 |
| Court of Chancery of the State of Delaware in and for New Castle County<br>(*Breakaway Solutions v. Morgan Stanley*) | April 26, 2002 |
| Superior Court of California, County of Fresno, Central Division<br>(*Liberty Motors, et al. v. CARB*) | March 22, 2002 |
| Superior Court of California, County of Los Angeles<br>(*The Works, USA, Inc. v. AOL*) | April 30, 2001 |