# AIR POLLUTION CONTROL REGULATION NO. 37

# RHODE ISLAND'S LOW EMISSION VEHICLE PROGRAM

**Effective 5 June 1996**

**Last Amended December 22 2005**

37.1.34 "Ultimate purchaser" means, with respect to any new motor vehicle or new motor vehicle engine, the first person who in good faith purchases a new motor vehicle or new motor vehicle engine for purposes other than resale.

37.1.35 "Used motor vehicle" means motor vehicle that is not a new motor vehicle.

37.1.36 "ZEV" means a zero emission vehicle.

37.2 Applicability

37.2.1 The Department hereby adopts the sections of the California Low Emission Vehicle program applicable to passenger cars, light-duty trucks and medium-duty vehicles under Title 13 CCR.

37.2.2 This regulation shall apply to all 2008 model year and subsequent model year passenger cars , light-duty trucks, and 2009 model year and subsequent model year medium-duty vehicles sold, leased, offered for sale or lease, imported, delivered, purchased, rented, acquired, received, or registered in the State of Rhode Island.

37.2.3 The greenhouse gas emission standards of Title 13 CRR 1961.1 and related provisions of this regulation shall apply to all 2009 and subsequent model year passenger cars, light-duty trucks and medium-duty passenger vehicles sold, leased, offered for sale or lease, imported, delivered, purchased, rented, acquired received or registered, in the State of Rhode Island.

37.2.4 All technical guidance issued by CARB relative to the implementation of Title 13 CCR, including but not limited to Manufacturers Advisory Correspondences and Mail Outs shall be applicable to all vehicles subject to this regulation.37.3 Emissions Requirements and Credits

37.3 Emissions Requirements and Credits

37.3.1 No person shall sell, import, deliver, purchase, lease, rent, acquire, receive, or register a new vehicle subject to this regulation in the State of Rhode Island that has not received a CARB Executive Order for all applicable requirements of Title 13 CCR 1900, 1960.1, 1960.5, 1961, 1961.1, 1962, 1962.1, 1965, 1968.1, 1968.2, 1968.5, 1976, 1978, 2037, 2038, 2062, 2101, 2111, and 2235, incorporated herein by reference, unless the vehicle is sold directly from one dealer to another dealer, sold for the purpose of being wrecked or dismantled, sold exclusively for off-highway use, or sold for registration out of state, and except as provided in section 37.3.7.

37.3.2 It is conclusively presumed under this regulation that the equitable or legal title to any motor vehicle with an odometer reading of 7,500 miles or more has

(a) Inspections by the Department or its agents, pursuant to section 37.7.1 may be conducted on any premises owned, operated, used, leased, or rented by any vehicle dealer. Said inspection may extend to all emission-related parts and operation and may require the on premises operation and testing of an engine or vehicle, and inspection of any related records, including records of emission related part repair performed under warranty.

(b) The Department or its agents may perform functional tests, steady-state tests, and other tests as reasonably necessary. In addition, the California Motor Vehicle Inspection program emissions tests standards in Title 13 CCR 2176, and incorporated herein by reference, applicable to the appropriate model year vehicle, may be used by the Department to verify compliance with section 37.

37.7.2 Any order or enforcement action taken by CARB, to correct noncompliance with any Section of Title 13, which results in the recall of any vehicle pursuant to Title 13 CCR 2109-2135, incorporated herein by reference, shall be applicable to all vehicles subject to this regulation, except where the manufacturer demonstrates to the Department's satisfaction within 21 days of issuance of said CARB action, that said action is not applicable to said vehicles.

37.7.3 Any voluntary or influenced emission-related recall campaign initiated by any manufacturer pursuant to Title 13 CCR 2113 - 2121 shall extend to all applicable vehicles subject to this regulation, except where the manufacturer demonstrates to the Department's satisfaction within 21 days of CARB approval of the campaign, that said campaign is not applicable to said vehicles in Rhode Island.

37.7.4 The Department shall enforce the requirements of this regulation in accordance with Title 13 CCR, and applicable federal and Rhode Island law.

37. 8 Severability

Each subsection of this regulation shall be deemed severable, and in the event that any subsection of this regulation is held invalid, the remainder shall continue in full force and effect.