UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| | : | |
| v. | : | C.A. No. 06-70T |
| | : | |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully request that this Court enlarge the period of time to respond to Defendant's Motion to Dismiss up to and including three business days after the Court rules on Plaintiffs' Motion to Exceed Page Limits filed on April 18, 2006. As reasons therefor, Plaintiffs state:

1. On February 13, 2006, Plaintiffs filed the within action seeking declaratory and injunctive relief against enforcement of the Department of Environmental Management's regulation under the federal law and regulations administered by NHTSA and under other provisions of federal law.

2. Plaintiffs stipulated to the extension of time that allowed Defendant to April 7, 2006 to move or answer the Complaint. At that time, Defendant moved to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

3. A response to the Defendant's motion is due on April 24, 2006.

4. On April 18, 2006, Plaintiffs filed a Motion to Exceed Page Limits to both their memorandum of law and supporting appendices, exhibits and other documents in order to properly and adequately address the legal and factual issues raised by Defendant.

WHEREFORE, Plaintiffs respectfully request that they be granted an enlargement of time within which to file their objection and supporting documentation up to three business days after the Court's ruling on the pending Motion to Exceed Page Limits.

Dated: April 21, 2006

PLAINTIFFS
By their attorneys,

Patricia K. Rocha (# 2793)
John A. Tarantino (#2586)
Katy A. Hynes (# 6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Of Counsel:

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2006, I caused to be served via first class mail, postage prepaid, a true copy of the within document on:

Tricia Jedele
Special Assistant Attorney General,
Environmental Advocate
Michael Rubin, Esq.
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Timothy Pavilonis, Esq.
Office of Legal Counsel
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Debra Hunn

*379246_1.doc*