UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINCOLN DODGE, INC., et al. | : | |
| | : | |
| v. | : | C.A. No. 06-70T |
| | : | |
| W. MICHAEL SULLIVAN, in his official capacity only as Director of the Rhode Island Department of Environmental Management | : | |

**ASSENTED-TO MOTION TO CORRECT THE RECORD**

Plaintiffs, with the assent of the Defendant, file this motion to correctly identify the regulation adopted by the Department of Environmental Management (DEM), which is the subject of the within litigation. Through inadvertence, the regulation attached as Exhibit A to Plaintiffs' Complaint was not the current version of the regulation as most recently amended in December 2005, and made effective on January 11, 2006. The current version of the regulation, to which the Complaint refers, is attached as **Exhibit A**.

WHEREFORE, the parties respectfully request that this Court grant the motion to correct the record.

Dated: April 25, 2006

PLAINTIFFS
By their attorneys,

Patricia K. Rocha (# 2793)
John A. Tarantino (#2586)
Katy A. Hynes (# 6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
*For All Plaintiffs*

Stuart A C Drake by plc

Stuart A. C. Drake
Andrew B. Clubok
*Admitted Pro Hac Vice*
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

*For Plaintiffs Alliance of Automobile Manufacturers, DaimlerChrysler Corporation, and General Motors Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, I caused to be served **via hand delivery** a true copy of the within document on:

Tricia Jedele
Special Assistant Attorney General,
Environmental Advocate
Michael Rubin, Esq.
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Timothy Pavilonis, Esq.
Office of Legal Counsel
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Debra Humm

*379329_1.doc*