**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINCOLN DODGE, INC., *et al.*, Plaintiffs | : | C.A. No. 06-70T |
| v. | : | |
| | : | **Contains Confidential Business** |
| W. MICHAEL SULLIVAN, Defendant. | : | **Information – Lodged under Seal** |
| | : | |

## AFFIDAVIT OF REGINALD R. MODLIN

I, Reginald R. Modlin, being duly sworn upon oath, testify under penalty of perjury:

1. I am the Director of Environmental Affairs at DaimlerChrysler Corporation ("DaimlerChrysler"). I have been employed by DaimlerChrysler in this position since 1999. I have more than 13 years experience in environmental planning at DaimlerChrysler. As Director of Environmental Affairs, I am responsible for daily regulatory developments involving rules like the federal fuel economy standards, the Rhode Island carbon dioxide regulation, and the federal and state emissions regulations. This includes the analysis of how such regulations will affect our business and our ability to maintain our competitive position.

2. DaimlerChrysler has analyzed the impact of the fully-implemented Rhode Island regulation on our product line, given our current resource constraints for the development and production of various technologies to meet the Rhode Island standards. I was in charge of that effort and have personal knowledge of the study and the vehicle volume reduction forecasts that are related in this declaration. I have determined the estimates and predictions provided here to be reliable; based on many years of experience in product planning.

3. The Rhode Island regulation mandates stringent levels of control for carbon dioxide from new motor vehicles sold in Rhode Island, starting in model year 2009, which begins in calendar year 2008. The only way that DaimlerChrysler will be able to meet the

Department of Environmental Management's CO2 standards will be to increase the fuel economy of its vehicles to levels much higher than the federal fuel economy standards.

4. DaimlerChrysler's analysis has determined that a program that relied on improvements in the fuel economy of conventional, gasoline-powered vehicles and other changes in those vehicles would be insufficient to bring the DaimlerChrysler fleet into compliance with the Rhode Island standards. In addition, some of the possible changes that were studied for use on conventional vehicles, such as a more aggressive use of light-weight materials to increase fuel economy, would not be feasible by the model year 2016 time frame.

5. Under the revised technology plan, more than 90 percent of DaimlerChrysler vehicles in the Chrysler Group remaining in the Rhode Island market, and nearly all Mercedes Car Group Vehicles remaining in that market, would have to use either advanced hybrid and advanced diesel engines if they all remained in the market. The incremental variable costs (separate from investment costs) for such hybrid systems were estimated to add about $14,000 per vehicle in the first years of the program, plus additional costs for warranty including battery replacements and plant complexity of about $8,000 per vehicle. The incremental variable costs were estimated to be about $7,000 per vehicle in higher volumes later in the program. This is a high-risk strategy, because it is unlikely that the Rhode Island market will be able to accept price increases commensurate with such higher costs.

6. Advanced diesel engines were estimated to have variable costs of about $4,000 to $5,000 more than equivalent gasoline engines, including the exhaust aftertreatment systems needed for those vehicles. This is also a high-risk strategy, because it is unresolved whether such engines would achieve compliance with those standards and other requirements.

7. A detailed study of how the industry as a whole would probably comply with the Rhode Island CO2 rule has been prepared by Sierra Research, Inc. That analysis demonstrates that under any plausible set of assumptions, the costs of compliance with the Rhode Island standards differ widely among the manufacturers. This is primarily because the rule requires each manufacturer to meet the same CO2 control limits, regardless of the fact that some manufacturers like DaimlerChrysler serve a higher portion than others of the Rhode Island market that needs full-size vehicles with sufficient power for larger loads and for towing.

8. DaimlerChrysler believes that some of Sierra Research's cost estimates are too low, and that some of the estimates of the fuel economy effects of various technologies need to be demonstrated on specific vehicles. Nevertheless, DaimlerChrysler concurs with the main conclusions in Sierra Research's competitive analysis, and would be unable to effectively compete given the losses necessary to bring the current product line into compliance.

9. As indicated in the Sierra Research competitive analysis, the most appropriate compliance strategy for DaimlerChrysler would require DaimlerChrysler to concentrate on the market segments where the gap between its compliance costs and those of its competitors are not as great as in other segments, which will result in reductions in the models it can offer for sale in Rhode Island. Even under that approach, however, DaimlerChrysler will have to authorize and then commit resources in the current calendar year (2006) in order to try to bring as much of its fleet as is competitively possible into compliance with the standards.

Reginald R. Modlin

Signed and sworn to before me a
Notary Public this 26th day of
MAY 2006 in Auburn Hills, Michigan.

Frances Reinhardt, Notary Public
Macomb County, Michigan
Acting in and for Oakland County
My Comm. Exp. 8/30/2008