**REDACTED VERSION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINCOLN DODGE, INC., *et al.*, Plaintiffs | : | C.A. No. 06-70T |
| | : | |
| v. | : | |
| | : | **Contains Confidential Business** |
| W. MICHAEL SULLIVAN, Defendant | : | **Information – Lodged under Seal** |

**AFFIDAVIT OF ALAN R. WEVERSTAD**

I, Alan R. Weverstad, being duly sworn upon oath, states under penalty of perjury:

1. I am the Executive Director of the GM Environmental and Energy Staff. I am responsible for GM's compliance with the motor vehicle fuel economy and emissions regulations. My duties require me to obtain information from the GM product planning and engineering staffs that predicts how future regulations, such as the Rhode Island CO2 regulation, will affect GM's business.

2. I personally supervised the preparation of the analysis of how the CO2 rule would affect GM's product lines. I conferred with the GM product planning and engineering staff who prepared estimates underlying this analysis, and can attest to their accuracy and reliability based on my many years of experience in reviewing such estimates. I have also worked for many years with GM's independent dealers on regulatory matters, and can predict, based on those many years of experience, the impact of the Rhode Island CO2 rule on our ability to help the dealers meet the competition.

3. GM has concluded that available fuel economy improvement technologies applied to conventional gasoline-fueled vehicles would be insufficient to meet the Department of Environmental Management ("DEM") standards. Those standards create far more stringent and restrictive fuel economy requirements for GM than the federal fuel economy standards. These standards require more than just compliance with a new type of emissions test; they require

basic changes in the design and performance of our engines and vehicles The DEM standards place GM at a distinct competitive disadvantage, compared to other vehicle manufacturers, by requiring GM to obtain far greater reductions in gasoline consumption than currently required or expected to be required in the future by typical GM customers, and greater than the reductions required by some of our competitors. This will have a ripple effect in the Rhode Island new vehicle market.

4. Even under its most ambitious forecasts, GM would not be able to use advanced fuel economy technology to reduce the fuel consumption of some of its full-size pickups and sport utility to levels that would permit their inclusion in a product line for Rhode Island. The affected models will have to be withdrawn from the Rhode Island market.

5. In the market segments for passenger cars and the smaller light-duty trucks, the Rhode Island rule has an even greater effect on GM.

6. I have caused detailed information about this reduction in product offerings to be provided to Mr. Don Wisehart, an independent certified public accountant retained by plaintiffs' counsel.

Alan R. Weverstad

Signed and sworn to before me a
Notary Public this 30th day of
May 2006.

Kathleen A. Taylor

KATHLEEN A. TAYLOR
NOTARY PUBLIC WAYNE CO., MI
MY COMMISSION EXPIRES Feb 9, 2008