**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

The Association of International
Automobile Manufacturers
Plaintiffs

v. C.A. 06-69T

W. Michael Sullivan, in his official
capacity as Director fo the RI-DEM,
Defendant

Lincoln Dodge, Inc., Smithfield
Chrysler Jeep, Inc., Simon Chevrolet-
Buick, Ltd., Paul Masse Chevrolet, Inc.,
Paul Masse Pontiac-Cafillac-GMC, Inc.,
Deluxe Auto Sales, Inc., Tasca Automotive
Group, Inc., The New Bay Buick, Inc., Hurd
Chevrolet, Inc., Hurd Buick Pontiac-GMC
Truck, Inc., Alliance of Automobile Manufacturers,
DaimlerChrysler Corporation, General Motors
Corporation,
Plaintiffs

v. C.A. 06-70T

W. Michael Sullivan, in his official
capacity as Director fo the RI-DEM, Department
of Environmental Management,
Defendants

**ORDER**

1. By consent of the parties, the above referenced actions, C.A. 06-69T and C.A. 06-70, are hereby consolidated and C.A.06-69T is designated as the lead case.

2. The Motion to Exceed Page Limits by Plaintiffs Lincoln Dodge Inc. et al. is hereby GRANTED. No later than Monday, June 5, 2006, Plaintiffs may file in support of their Opposition to

the Defendants' Motion to Dismiss a substitute Memorandum of no more than 26 pages and substitute exhibits and addenda of no more than 20 pages.

3. The Assented-to Motion to Correct the Record by Plaintiffs Lincoln Dodge's, et al. is hereby GRANTED and the corrected version of the regulation attached to their Motion as "Exhibit A" will replace the current version attached to their Complaint.

4. The Motion to Intervene as Intervenor-Defendants by the Conservation Law Foundation, the Environmental Defense, the Natural Resources Defense Council, and the Sierra Club is hereby GRANTED.

5. The Motions for Extensions of Time to respond to Defendant's Motion to Dismiss by Plaintiffs Lincoln Dodge, et al. and the Association of International Automobile Manufacturer's are hereby GRANTED.

By Order:

Lucia Cristina Lepore

Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres

date: June 2, 2006