**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**W. MICHAEL SULLIVAN, in his official Capacity as Director of the Rhode Island Department of Environmental Management,**<br><br>**Defendant.** | : | **C.A. No. 06-69T** |
| **LINCOLN DODGE, INC. et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**W. MICHAEL SULLIVAN, in his official Capacity as Director of the Rhode Island Department of Environmental Management,**<br><br>**Defendant.** | : | **C.A. No. 06-70T** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY**

Now comes the Defendant, W. Michael Sullivan, who is being sued in his official capacity as Director of the Rhode Island Department of Environmental Management and respectfully moves for an enlargement of time, **up to and including June 26, 2006**, in which to file a response to Plaintiffs' expanded reply brief filed in response to Defendant's Rule 12(b)(1) Motion to Dismiss.

In support of this motion, the State declares as follows:

1. Plaintiff, The Association of International Automobile Manufacturers served their response to the Defendant's Motion to Dismiss on May 31, 2006.

2. Plaintiffs have filed a twenty-six page consolidated response (and accompanying twenty pages of exhibit material) challenging Defendant's Motion on the merits and makes separate requests for evidentiary hearings and oral argument.

3. Without an enlargement of time, Defendant's reply to would be due on June 19, 2006.

4. To assure sufficient time to confer with the client and respond to the many issues raised by the Plaintiffs in these consolidated cases, Defendant requests five additional business days to prepare a reply.

5. Counsel for the Defendant spoke with counsel for the Plaintiff to seek Plaintiff's consent for the enlargement of time, but at the time of this filing, Defendant has not received a response.

**WHEREFORE**, Defendant respectfully requests that it be allowed up to and including June 26, 2006 to reply to Plaintiff's response.

Respectfully Submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Tricia K. Jedele #5958
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served electronically and by regular mail, postage pre-paid, on this 12th day of June, 2006 to those indicated below:

Raymond B. Ludwiszewski, Esq.
Charles H. Haake, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave. NW
Washington, DC 20036

Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
Katy A. Hynes, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

Stuart A.C. Drake, Esq.
Andrew B. Clubok, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Colleen Cole