**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-69T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |
| **LINCOLN DODGE, INC. et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 06-70T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

NOW HERE COMES Defendant, W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management and objects to the Plaintiffs' Motion for Leave to File Supplemental Memorandum for the reasons set forth in the attached memorandum of law.

Dated: January 25, 2007

Respectfully submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Tricia K. Jedele
Tricia K. Jedele, No. 5958
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

Of Counsel:

Patricia Allison Fairweather
Executive Legal Counsel
RI Dept. of Environmental
Management
235 Promenade Street
Providence, RI 02908

*For Defendant W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,**<br><br>**Defendant.** | : | **C.A. No. 06-69T** |
| **LINCOLN DODGE, INC. et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,**<br><br>**Defendant.** | : | **C.A. No. 06-70T** |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Plaintiffs have not articulated any basis for granting their Motion to File Supplemental Memorandum with regard to the State's Motion to Dismiss, which already has been briefed, including expanded briefing opportunities, and argued before this court. The issue before this court is not whether the honorable Judge Anthony Ishii of the Eastern District of California and the honorable Chief Judge William K. Sessions III of the District of Vermont correctly decided the Motions for Summary Judgment and to

Dismiss, respectively before them. The issue is whether this court has jurisdiction to hear Plaintiffs' allegations in the above-captioned case, based on this court's independent review of the appropriate federal statutes, the briefs filed in this case, and the oral argument presented in this case. While the travel of the cases that these Plaintiffs have mounted in other federal districts is certainly of interest to the parties in this case, and to this court, the conclusions reached by the federal courts in California and Vermont were not based on the information presented to this court, nor was the summary judgment motion based on the same standard of review. If supplemental memorandum is allowed in this case to discuss the findings made by Judge Ishii in his decision on the State of California's *Motion for Summary Judgment on The Issue of Ripeness*, the parties will present only their respective opinions on the logic, or lack thereof in Judge Ishii's conclusions. The State respectfully suggests, that this court can reach its own conclusions, without supplemental briefing, about whether Judge Ishii's decision is sound and well-reasoned and whether it should have any bearing on the State's Motion now pending before this court.

Dated: January 25, 2007

Respectfully submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Tricia K. Jedele
Tricia K. Jedele, No. 5958
Special Assistant Attorney General
and Environmental Advocate
tjedele@riag.ri.gov
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2400
Fax: (401) 222-3016

Of Counsel:

Patricia Allison Fairweather
Executive Legal Counsel
RI Dept. of Environmental
Management
235 Promenade Street, 4th Floor
Providence, RI 02908

*For Defendant W. Michael Sullivan, in his official capacity as Director of the Rhode Island Department of Environmental Management.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the Objection to Motion For Leave to Supplement and Supporting Memorandum of Law were served **by electronic means (ECF)** on this 25th day of January, 2007, to:

Bradford W. Kuster, Esq.
Conservation Law Foundation
27 North Main Street
Concord MA, 03301-4930

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Mary C. Dunn, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
Katy A. Hynes, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Stuart A.C. Drake, Esq.
Andrew B. Clubok, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Patricia Allison Fairweather
Executive Legal Counsel
Office of Legal Counsel
RI Dept. of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Cynthia Giles, Esq.
Conservation Law Foundation
55 Dorrance Street, Suite 201
Providence, RI 02903-2221

David Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Raymond. B. Ludwiszewski, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave. NW
Washington, DC 20036

/s/ Tricia K. Jedele