UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE ASSOCIATION OF INTERNATIONAL
AUTOMOBILE MANUFACTURERS

v. CA No. 06-69-T

W. MICHAEL SULLIVAN, in his official
capacity as Director of the Rhode Island
Department of Environmental Management

LINCOLN DODGE, INC., et al.

v. CA No. 06-70-T

W. MICHAEL SULLIVAN, in his official
capacity as Director of the Rhode Island
Department of Environmental Management

**ORDER**

The plaintiffs' motion for leave to file a supplemental memorandum in opposition to the defendant's motion to dismiss is denied. However, this Court will review and consider the decision in Central Valley Chrysler-Jeep, Inc., et al. v. Catherine A. Witherspoon which is referred to in the plaintiffs' supplemental memorandum appended to the plaintiffs' motion as Exhibit A.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 3/1/05