**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** <br> **Plaintiff,** <br> **v.** <br> **W. MICHAEL SULLIVAN, in his official Capacity as Director of the Rhode Island Department of Environmental Management,** <br> **Defendant.** | : | **C.A. No. 06-69T** |
| **LINCOLN DODGE, INC. et al.,** <br> **Plaintiffs,** <br> **v.** <br> **W. MICHAEL SULLIVAN, in his official Capacity as Director of the Rhode Island Department of Environmental Management,** <br> **Defendant.** | : | **C.A. No. 06-70T** |

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINTS**

Now comes the Defendant, W. Michael Sullivan, who is being sued in his official capacity as Director of the Rhode Island Department of Environmental Management and respectfully moves for a short extension of time, **up to and including January 11, 2008**, in which to file answers to the complaints in the above-captioned, consolidated matters.

In support of this motion, the Defendant declares as follows:

1. Plaintiffs, Association of International Automobile Manufacturers in C.A. No. 06-69T filed a 22-page, 67-paragraph Complaint with this court on February

PDF created with pdfFactory trial version www.pdffactory.com

13, 2006. Plaintiffs Lincoln Dodge, et al., in C.A. No. 06-70T, filed a 43-page, 129-paragraph Complaint with this court on February 13, 2006.

2. This honorable court denied the Defendant's Motion to Dismiss on December 21, 2007.

3. Without an extension Defendant would be required to file Answers to the Complaints on or before December 31, 2007.

4. To assure sufficient time to confer with the client agency during the holiday period before filing the Answers in these consolidated cases, Defendant requests eight additional business days to prepare the Answers.

5. Counsel for the Defendant spoke with counsel of record for the Plaintiffs in both 06-69T and 06-70T, and all counsel has consented to the extension to January 11, 2008.

**WHEREFORE**, Defendant respectfully requests that it be allowed up to and including January 11, 2008 to file Answers in these consolidated cases.

Respectfully Submitted,

Defendant
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Tricia K. Jedele
Tricia K. Jedele #5958
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, ext. 2400
Fax: (401) 222-3016

*Of Counsel*
Patty Allison Fairweather, Esq.
Chief Legal Counsel
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence RI 02908

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATION

I, the undersigned, hereby certify that a true copy of the within document was served electronically on this 26th day of December 2007 to those indicated below:

Raymond B. Ludwiszewski, Esq.
Charles H. Haake, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave. NW
Washington, DC 20036

Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
Katy A. Hynes, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

Stuart A.C. Drake, Esq.
Andrew B. Clubok, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

/s/ Tricia K. Jedele

PDF created with pdfFactory trial version www.pdffactory.com