**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-69T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |
| **LINCOLN DODGE, INC. et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 06-70T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**MOTION OF INTERVENORS CONSERVATION LAW FOUNDATION, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL AND ENVIRONMENTAL DEFENSE FOR EXTENSION OF TIME TO ANSWER COMPLAINTS**

Now comes Defendant Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council and Environmental Defense (hereinafter "Intervenors") who respectfully move for an extension of time, up to and including January 11, 2008, in which to file Answers to the Complaints in the above-captioned consolidated actions. In support of this motion, Intervenors declare as follows:

1. Plaintiff, Association of International Automobile Manufacturers, in C.A. No. 06-69T, filed a 22 page, 67 paragraph Complaint with this Court on February 13, 2006.

Plaintiffs Lincoln Dodge, et. al., in C.A. No. 06-70T, filed a 43 page, 129 paragraph Complaint with this Court on February 13, 2006.

2. Intervenors filed a motion to intervene in both matters on May 8, 2006, which was granted by the Court by Order dated June 2, 2006. In their motion, Intervenors requested an extension of time to file a responsive pleading until such time as Defendant was required to do so.

3. This Court denied Defendant's Motion to Dismiss on December 21, 2007.

4. Defendant has filed an assented to motion for extension of time to file Answers to the Complaints in the above-captioned actions up to and including January 11, 2008.

5. To assure sufficient time to prepare Answers to the Complaints, Intervenors request an extension of time until the same date that the Defendant has requested an extension.

5. Counsel for Plaintiffs and Defendant in these consolidated actions have agreed to the extension requested by Intervenors.

WHEREFORE, Intervenors respectfully request that they be allowed up to and including January 11, 2008 to file Answers in these consolidated cases.

Respectfully submitted,

/s/ Cynthia Giles___________

Cynthia Giles #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903-2221
Phone: (401) 351-1102 Fax: (401) 351-1130
Email: cgiles@clf.org

Counsel for Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council and Environmental Defense

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the attached motion for extension of time for Intervenors to file Answers to the Complaints in these consolidated actions was filed and served electronically on this 28th day of December, 2007 to those indicated below:

Tricia K. Jedele. Esq.
Special Assistant Attorney General
and Environmental Advocate
150 South Main Street
Providence, RI 02903

Raymond B. Ludwiszewski, Esq.
Charles H. Haake, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036

Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Patricia K. Rocha, Esq.
John A. Tarantino, Esq.
Katy A. Hynes, Esq.
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizen's Plaza, 8th Floor
Providence, RI 02903-1345

Stuart A.C. Drake, Esq.
Andrew B. Clubok, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

/s/ Cynthia Giles_________
Cynthia Giles