**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-69T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |
| **LINCOLN DODGE, INC. et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 06-70T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY BRADFORD W. KUSTER**

Bradford W. Kuster, admitted pro hac vice on behalf of Defendant Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council and Environmental Defense (hereinafter "Intervenors"), hereby gives notice that he is withdrawing as pro hac vice counsel for intervenors. No motion is pending before the Court and no trial date has been set in these consolidated cases. David Bookbinder, who was admitted pro hac vice for these consolidated cases on October 20, 2006, and Cynthia J. Giles will remain as counsel for Intervenors.

Dated: February 14, 2008

Respectfully submitted,

/s/ Cynthia Giles___________

Cynthia Giles #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903-2221
Phone: (401) 351-1102 Fax: (401) 351-1130
Email: cgiles@clf.org

Counsel for Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council and Environmental Defense

/s/ Bradford K. Kuster___________________

Bradford W. Kuster, Attorney Pro Hac Vice
New Hampshire Bar ID #1404
15 North Main Street Suite 206
Concord, N.H. 03301
Phone: 603-226-1919
Email: bradkuster@gmail.com

**CERTIFICATION**

I, the undersigned, hereby certify that the foregoing Notice of Withdrawal was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Tricia K. Jedele, Esq., tjedele@riag.ri.gov
Kristin E. Rodgers, Esq., ker@blishcavlaw.com
Mary C. Dunn, Esq. mcd@blishcavlaw.com
Joseph V. Cavanagh, Jr., jvc@blishcavlaw.com
Patricia K. Rocha, Esq., procha@asplaw.com
John A. Tarantino, Esq., jtarantino@apslaw.com
Stuart A.C. Drake, Esq., sdrake@kirkland.com
Andrew B. Clubok, Esq., aclubok@kirkland.com

and by regular mail, postage pre-paid, on this 14th day of February, 2008 to those indicated below:

David J. Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

_/s/ Cynthia Giles_______________
Cynthia Giles