**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-69T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |
| **LINCOLN DODGE, INC. et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 06-70T** |
| **v.** | : | |
| **W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,** | : | |
| **Defendant.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY DAVID BOOKBINDER**

David Bookbinder, admitted *pro hac vice* on behalf of Defendant Intervenors Sierra Club, Natural Resources Defense Council and Environmental Defense (hereinafter "Intervenors"), hereby gives notice that he is withdrawing as *pro hac vice* counsel for intervenors Natural Resources Defense Council and Environmental Defense. Mr. Bookbinder will remain as *pro hac vice* counsel for Defendant Intervenor Sierra Club. No motion is pending before the Court and no trial date has been set in these consolidated cases. Cynthia J. Giles will remain as counsel for Intervenors. In addition, Matthew F.

Pawa will be seeking admission *pro hac vice* on behalf of Defendant Intervenors Natural Resources Defense Council and Environmental Defense.

Dated: March 14, 2008

Respectfully submitted,

/s/ Cynthia Giles____________

Cynthia Giles #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903-2221
Phone: (401) 351-1102 Fax: (401) 351-1130
Email: cgiles@clf.org

Counsel for Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council and Environmental Defense

/s/ David Bookbinder____________________

David Bookbinder, Attorney Pro Hac Vice
District of Columbia Bar ID #455525
408 C Street, NE
Washington, D.C. 20002
Phone: 202-548-4598
Email: David.Bookbinder@sierraclub.org

**CERTIFICATION**

I, the undersigned, hereby certify that the foregoing Notice of Withdrawal was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Tricia K. Jedele, Esq., tjedele@riag.ri.gov
Kristin E. Rodgers, Esq., ker@blishcavlaw.com
Mary C. Dunn, Esq. mcd@blishcavlaw.com
Joseph V. Cavanagh, Jr., jvc@blishcavlaw.com
Patricia K. Rocha, Esq., procha@asplaw.com
John A. Tarantino, Esq., jtarantino@apslaw.com
Stuart A.C. Drake, Esq., sdrake@kirkland.com
Andrew B. Clubok, Esq., aclubok@kirkland.com

and by regular mail, postage pre-paid, on this 14th day of March, 2008 to those indicated below:

David J. Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Steven F. Hinchman
Conservation Law Foundation
14 Maine Street, Suite 200
Brunswick, ME 04011

_/s/ Cynthia Giles_______________
Cynthia Giles