UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**

**Plaintiff,**

**C. A. No. 06-69T**

v.

**W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management.**

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Intervenors Conservation Law Foundation, Sierra Club, Natural Resources Defense Council, and Environmental Defense, hereby move that Melissa A. Hoffer be admitted PRO HAC VICE in the above case (consolidated with C.A. No. 06-70T) as counsel with local counsel identified below.

Conservation Law Foundation, Sierra Club,
Natural Resources Defense Council, and
Environmental Defense
Defendant Intervenors
By: Cynthia J. Giles (#5868)
Conservation Law Foundation
55 Dorrance Street, Providence, RI 02903

Dated: March 17, 2008

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Massachusetts and the First Circuit Court of Appeals. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(4) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(5) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(6) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Melissa A. Hoffer
Massachusetts Bar ID # 641667
Conservation Law Foundation
27 North Main Street
Concord, NH 03301
Tel #: (603) 225-3060 Fax #: (603) 225-3059

Dated: March 17, 2008

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of the LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Cynthia J. Giles
Cynthia Giles (#5868)
Conservation Law Foundation
55 Dorrance Street, Providence, RI 02903
Tel. # (401) 351-1102 Fax # (401) 351-1130

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date:

**CERTIFICATION**

I, the undersigned, hereby certify that the foregoing Motion for Admission Pro Hac Vice of Melissa A. Hoffer was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Tricia K. Jedele, Esq., tjedele@riag.ri.gov
Kristin E. Rodgers, Esq., ker@blishcavlaw.com
Mary C. Dunn, Esq. mcd@blishcavlaw.com
Joseph V. Cavanagh, Jr., jvc@blishcavlaw.com
Patricia K. Rocha, Esq., procha@asplaw.com
John A. Tarantino, Esq., jtarantino@apslaw.com
Stuart A.C. Drake, Esq., sdrake@kirkland.com
Andrew B. Clubok, Esq., aclubok@kirkland.com

and by regular mail, postage pre-paid, on this 17th day of March, 2008 to those indicated below:

David J. Bookbinder, Esq.
Sierra Club
408 C Street, NE
Washington, DC 20002

Charles H. Haake, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

/s/ Cynthia Giles
Cynthia Giles