# ERRATA to DEFENDANT AND DEFENDANT-INTERVENORS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

In order to improve legibility of this brief due to issues with the portable document conversion, and to correct typographical and formatting errors, Defendant and Defendant-Intervenors now submit a Corrected Memorandum of Law in Support of their Motion for Judgment on the Pleadings. The corrections made are as follows:

- P. 5 – Added "2" at the beginning of footnote two.
- P. 9 – Added a period to the end of footnote ten.
- P. 15 – Corrected the formatting and punctuation in the 11th and 13th lines of text.
- P. 16 – Deleted the words "See, e.g.," from the 13th line of text.
- P. 17 – Corrected the formatting of the 3rd line of text.
- P. 19 – Added a period to the end of footnote twelve.
- P. 23 – Added the words "no basis" to the first line of text.

Respectfully submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
Attorney General

*/s/ Tricia K. Jedele*

_______________________________

Tricia K. Jedele #5958
Special Assistant Attorney General
& Environmental Advocate
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-3016 (fax)

Defendant-Intervenors
By their Attorney,

*/s/ Cynthia J. Giles*

_______________________________

Cynthia J. Giles, Esq. #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903
(401) 351-1102
(401) 351-1130 (fax)

*Stephen F. Hinchman, Esq.*
*David Bookbinder, Esq.*
*Melissa A. Hoffer, Esq.*
*Matthew F. Pawa, Esq.*

Pro Hac Vice Counsel
for Defendant Intervenors

**CERTIFICATION**

I hereby certify that on the 10th day of April, 2008, I sent a true copy of the within by electronic means (ECF) to:

Joseph V. Cavanagh, Jr.
jvc@blishcavlaw.com,

Andrew B. Clubok
aclubok@kirkland.com

Stuart C. Drake
sdrake@kirkland.com

Mary C. Dunn
mcd@blishcavlaw.com

Kristin E. Rogers
ker@blishcavlaw.com

Patricia K. Rocha
procha@apslaw.com
dhumm@apslaw.com
jtarantino@apslaw.com

and by regular mail to:

Charles H. Haake
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*/s/ Tricia K. Jedele*