**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>Plaintiff,<br><br>v.<br><br>W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,<br><br>Defendant. | : | C.A. No. 06-69T |
| LINCOLN DODGE, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>W. MICHAEL SULLIVAN, in his official capacity as Director of the Rhode Island Department of Environmental Management,<br><br>Defendant. | : | C.A. No. 06-70T<br><br>**Oral Argument**<br>**July 23, 2008** |

**Joint Motion for Leave to File Supplemental Memorandum**

NOW HERE COME Defendant, State of Rhode Island, and Defendant-Intervenors and hereby respectfully move for leave to file a short supplemental memorandum regarding the preclusive effect of a new decision from the Federal District Court for the Eastern District of California. On June 23, 2008, Judge Anthony W. Ishii issued an Order in response to Plaintiffs' Motion for Reconsideration of several Clean Air Act preemption related issues. See Central Valley Chrysler-Jeep, Inc. v. Goldstene, No 1:04-cv-06663, at 3-4, Docket # 693 (E.D. Ca1. June 23, 2008) (attached).

All of the parties in these consolidated cases briefed the question of whether the Clean Air Act preemption-related issues were barred by the doctrine of collateral estoppel, and did so with reference to the California and Vermont decisions. The new June 23, 2008 California Order is therefore relevant to the Defendants' Motion for Judgment on the Pleadings now pending before the Court. The State and Defendant-Intervenors are prepared to file the supplemental memorandum as soon as the Court allows.

For these reasons, the State and the Defendant-Intervenors respectfully request that their Joint Motion for Leave be granted and that the supplemental memorandum and the June 23, 2008 Order be taken into consideration by this Court in its review of their Motion for Judgment on the Pleadings.

Judge Ishii's June 23, 2008 Order is attached.

Respectfully submitted,

Defendants
By their Attorney,
PATRICK C. LYNCH
Attorney General

*/s/ Tricia K. Jedele*
______________________________

Tricia K. Jedele #5958
Special Assistant Attorney General
& Environmental Advocate
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-3016 (fax)

Defendant-Intervenors
By

*/s/ Cynthia J. Giles*
______________________________

Cynthia J. Giles, Esq. #5868
Conservation Law Foundation
55 Dorrance Street
Providence, RI 02903
(401) 351-1102
(401) 351-1130 (fax)

*Stephen F. Hinchman, Esq.*
*David Bookbinder, Esq.*
*Melissa A. Hoffer, Esq.*
*Matthew F. Pawa, Esq.*

**Pro Hac Vice Counsel**
**for Defendant Intervenors**

**CERTIFICATION**

I hereby certify that on the 2nd day of July, 2008, I sent a true copy of the within by electronic means (ECF) to:

Joseph V. Cavanagh, Jr.
jvc@blishcavlaw.com

Andrew B. Clubok
aclubok@kirkland.com

Stuart C. Drake
sdrake@kirkland.com

Mary C. Dunn
mcd@blishcavlaw.com

Kristin E. Rogers
ker@blishcavlaw.com

Patricia K. Rocha
procha@apslaw.com
dhumm@apslaw.com
jtarantino@apslaw.com

and by regular mail to:

Charles H. Haake
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Raymond B. Ludwiszewski
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

___*/s/ Tricia K. Jedele*_